UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JERRY "JK" WALKER,                          )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        No. 2:24-CV-00223-DCLC-CRW
                                            )
DONALD SEYFER and NATIONAL                  )
AUTOMOTIVE SERVICE TASK FORCE,              )
                                            )
        Defendants.                         )

**ORDER**

This matter is before the Court on Defendants' Notice of Withdrawal of Motion to

Dismiss Pending Meet and Confer [Doc. 17]. In light of this notice, Defendants' Motion to

Dismiss [Doc. 13] is hereby **WITHDRAWN**. As to Defendants' "request that their responsive

pleading deadline be held in abeyance . . . through Monday, March 25, 2025," [*id.* at 1], the

Court construes that request as a motion for a one-week extension of time within which to file

a responsive pleading or otherwise respond under Federal Rule of Civil Procedure 12(b), and

Defendants' motion is **GRANTED**. Defendants shall file a responsive pleading by March 25,

2025.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge